**Opinion filed July 28, 2011**



In The

# Eleventh Court of Appeals

_____

## No. 11-11-00155-CV
_____

## IN THE INTEREST OF W.N.W., A CHILD

**On Appeal from the 318th District Court**

**Midland County, Texas**

**Trial Court Cause No. AD32704**

## M E M O R A N D U M   O P I N I O N

This is an appeal from an order granting an adoption. We dismiss the appeal for want of jurisdiction on the basis that the notice of appeal was not timely filed.

The trial court signed the order on April 8, 2011. Neither a motion for new trial nor another motion specified under TEX. R. APP. P. 26.1(a) was filed. Accordingly, the notice of appeal was due to be filed on or before May 8, 2011, in order for it to be timely filed. TEX. R. APP. P. 26.1. Appellant did not file his notice of appeal until May 31, 2011.

A clerk's record has not been filed in this court. However, the trial court clerk's office forwarded a docketing statement setting out the filing dates of the relevant documents along with copies of those documents attached. When the docketing statement was received in this court, the clerk of this court wrote the parties on June 8, 2011, informing them that it appeared that the notice of appeal was untimely. Appellant was requested to provide a written response on or

before June 23, 2011, providing proof that the notice of appeal was timely filed under Rule 26.1 or that an extension under TEX. R. APP. P. 26.3 would be authorized. Appellant was further advised that the appeal may be dismissed absent proof from appellant showing grounds for continuing the appeal. There has been no response to our letter of June 8, 2011.

Absent a timely notice of appeal, a timely motion to extend time, or the proper showing of compliance with the good faith requirement of *Verburgt v. Dorner*, 959 S.W.2d 615 (Tex. 1997), the appellate jurisdiction of this court is not invoked. Appellant has not met any of these requirements. Therefore, this appeal is dismissed for want of jurisdiction.

PER CURIAM

July 28, 2011

Panel consists of: Wright, C.J.,
McCall, J., and Kalenak, J.